Submitted December 14, 1964. *James Newman,* appellant, in propria persona; *Charles H. Spaziani,* First Assistant District Attorney, and *Bernard V. O'Hare, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Pletcher, Appellant, *v.* Russell.

 Submitted December 14, 1964. *Abe Jacob Pletcher,* appellant, in propria persona; *Frank B. Warfel,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Rice, Appellant, *v.* Rundle.

 Submitted December 14, 1964. *William Rice, Jr.,* appellant, in propria persona; *Joseph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Rodriguez, Appellant, *v.* Rundle.

 Submitted December 14, 1964. *Carlos Rodriguez,* appellant, in propria persona; *David L. Creskoff* and *Joseph M. Smith,* As-

706

sistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Shanahan, Appellant, *v.* Shanahan.

Argued December 17, 1964. Habeas corpus for custody of children. *Joseph D. Calhoun,* for appellant; *James C. Buckley,* with him *Reilley & Pearce,* for appellee.

Order affirmed.

## Commonwealth ex rel. Thomas, Appellant, *v.* Rundle.

Submitted December 14, 1964. *Rudolph Thomas,* appellant, in propria persona; *Abner H. Silver* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Yodock, Appellant, *v.* Russell.

Submitted December 14, 1964. *Walter Yodock,* appellant, in propria persona; *Clinton W. Smith,* for appellee.

Order affirmed.